**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NUMBER: 08-60501-CIV-MORENO**

CINDY MANRIQUE

       Plaintiff,

vs.

JOSEPH FAGAN, and J.F.
SALES CO., a Michigan Corporation,
Jointly and Severally,

       Defendants.

_____/

## JOINT AMENDED SCHEDULING ORDER

       COMES NOW the Plaintiff, CINDY MANRIQUE and the Defendant, JOSEPH FAGAN, pursuant to the Court's Status Report Order dated September 20, 2008, and hereby files this, their Joint Amended Scheduling Order, as follows:

| | |
|---|---|
| Conference and selection of a mediator to be completed no later than: | **Completed** |
| Deadline to join additional parties or to amend pleadings: | **Completed** |
| Mediation to be completed no later than: | **Completed on July 23, 2008** |
| Deadline to complete all discovery: | **December 1, 2008** |
| Deadline for the filing of all motions for summary judgment: | **December 8, 2008** |
| Deadline for the filing of pretrial motions, including motions *in limine* and *Daubert* motions: | **December 15, 2008** |
| Plaintiff's witness and exhibit lists to be served by fax or hand delivery no later than 5:00 P.M. on: | **December 15, 2008** |
| Defendants' witness and exhibit lists to be served by fax or hand delivery no later than 5:00 P.M. on: | **December 17, 2008** |

Pretrial stipulation to be filed by:                    **January 12, 2008**

Calendar Call at 2:00 P.M. on:

Trial set for period commencing:                        **February 9, 2009**

      To the extent that the parties request modification of any date in this Court's Scheduling Order, the parties shall file either a *Motion to Continue Trial* or a *Motion to Continue Pretrial Deadlines*.

      DONE AND ORDERED in Chambers at Miami, Florida, this 9th day of October, 2008.


_____
EDWIN G. TORRES
UNITED STATES MAGISTRATE JUDGE


Copies provided to:
Counsel of Record